SUPREME COURT OF NEW JERSEY
D-117 September Term 2011
070687

IN THE MATTER OF

ISADORE H. MAY,

AN ATTORNEY AT LAW

(Attorney No. 021531985)

O R D E R

FILED
MAY 10 2012

01-mc 413 (MLC)
CLERK

    **ISADORE H. MAY** of **MARGATE**, who was admitted to the bar of this State in 1985, having pleaded guilty in the United States District Court for the District of New Jersey to a one-count Information charging him with Sherman Act Conspiracy in violation of 15 U.S.C. § 1, and good cause appearing;

    It is ORDERED that pursuant to Rule 1:20-13(b)(1), **ISADORE H. MAY** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

    ORDERED that **ISADORE H. MAY** be restrained and enjoined from practicing law during the period of his suspension; and it is further

    ORDERED that **ISADORE H. MAY** comply with Rule 1:20-20 dealing with suspended attorneys.

    WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 8th day of May, 2012.

CLERK OF THE SUPREME COURT

The foregoing is a true copy
of the original on file in my office.

CLERK OF THE SUPREME COURT
OF NEW JERSEY