UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | |
| ISADORE H. MAY | : | Misc. 01-413(MLC) |
| An Attorney-at-Law | : | ORDER TO SHOW CAUSE |

It appearing by Order of the Supreme Court of New Jersey that ISADORE H. MAY, was temporarily suspended from the practice of law and until further Order of the Court;

It is on this 7th day of October, 2013,

ORDERED that ISADORE H. MAY, show cause on NOVEMBER 4, 2013, why he should not be temporarily suspended from the practice of law before this Court until further order of the Court.

Should a respondent desire to file a written response, he must do so at least 10 days before the return date of the order to show cause. No oral argument will be held unless so ordered by the Court.

                                                    s/Mary L. Cooper
                                                    MARY L. COOPER, USDJ

cc:
Isadore H. May
430 North Thurlow Avenue
Margate, NJ  08402